

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00118-CV

Steven L. **BRUINGTON** and Nancy R. Bruington,
Appellants

v.

**LAKE MCQUEENEY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1**,
Robert L. Worth, Jr., David Doughtie, John Ewald, Lindsey Gillum, and Paul A. Mueller,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-2549-CVC
Honorable Margaret Garner Mirabal, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED WITH PREJUDICE. By agreement of the parties, costs of appeal are assessed against the party that incurred them. *See* TEX. R. APP. P. 42.1(d).

SIGNED September 22, 2021.

_____
Lori I. Valenzuela, Justice